UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
TEL: (856) 751-4224
Attorney for Debtor

**Order Filed on April 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL S. STANTON

Case No. 18-21821-CMG

Hearing:

Judge: Christine Gravelle

## ORDER RESOLVING INTERNAL REVENUE SERVICE'S OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page, numbered three (3) is hereby **ORDERED**.

**DATED: April 8, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Michael S. Stanton
Case No: 1 8 - 2 1 8 2 1 - C M G
<u>Caption of Order: Order Resolving Internal Revenue Service's Objection to Confirmation of Plan</u>

Upon consideration of secured creditor Internal Revenue Service's objection to confirmation of plan representing that Debtor's Chapter 13 Plan shall provide for the retention of the secured creditor's liens in accordance with 1325(a)(5)(8)(i)(I)-(II) and full payment, plus post-confirmation interest in accordance with 1325(a)(5)(B)(ii) of secured creditor's claim as further detailed in PACER Claim #8-3, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Internal Revenue Service proof of claim will govern as filed, and over the amount listed in the plan. The Secured amount of $58,122.05, (which includes interest charges totaling $2,694.55 through May 15, 2020, will be scheduled to be paid in full through Debtor's Chapter 13 Plan. In the event Trustee does not make a distribution in full to the Internal Revenue Service by that respective date, the Debtor will be responsible to pay the interest charges on the Secured portion of the Claim that will accrue after May 15, 2020 directly to the Internal Revenue Service outside of the Plan. Priority and Unsecured portions will be paid as per the amounts set forth in Claim 8-3 and will be paid inside Debtor's Chapter 13 Plan.

2. The Chapter 13 Trustee shall adjust the amount to be distributed to the Internal Revenue Service to reflect the terms of this Order.

3. The Internal Revenue Service shall release its federal tax liens, more specifically

(Page 3)
Debtor: Michael S. Stanton
Case No: 18-21821-CMG
Caption of Order: Order Resolving Internal Revenue Service's Objection to Confirmation of Plan

---

detailed in its Proof of Claim upon its receipt of full payment of the claim through the Chapter 13 plan and any interest that has accrued after May 15, 2020 which shall be paid directly by debtor outside of the Chapter 13 Plan, if applicable.

The form and entry of the order is
hereby acknowledged and agreed to:

Without Objection:

Lee M. Perlman, Esq.
Attorney for Debtor

Eamonn O'Hagan, Esq.
U.S. Attorney's Office
District of New Jersey

BY: _____
Lee M. Perlman, Esq.
Law Offices of Lee M. Perlman

4/8/20

BY: _____
Digitally signed by EAMONN O'HAGAN
Date: 2020.04.08 09:04:49 -04'00'
Eamonn O'Hagan, Esq.
Senior Bankruptcy Counsel