UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
TEL: (856) 751-4224
Attorney for Debtor

Order Filed on April 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL S. STANTON

Case No. 18-21821-CMG

Hearing:

Judge: Christine Gravelle

# ORDER RESOLVING INTERNAL REVENUE SERVICE'S OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following page, numbered three (3) is hereby **ORDERED**.

**DATED: April 8, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Michael S. Stanton
Case No: 18-21821-CMG
Caption of Order: Order Resolving Internal Revenue Service's Objection to Confirmation of Plan

Upon consideration of secured creditor Internal Revenue Service's objection to confirmation of plan representing that Debtor's Chapter 13 Plan shall provide for the retention of the secured creditor's liens in accordance with 1325(a)(5)(8)(i)(I)-(II) and full payment, plus post-confirmation interest in accordance with 1325(a)(5)(B)(ii) of secured creditor's claim as further detailed in PACER Claim #8-3, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. Internal Revenue Service proof of claim will govern as filed, and over the amount listed in the plan. The Secured amount of $58,122.05, (which includes interest charges totaling $2,694.55 through May 15, 2020, will be scheduled to be paid in full through Debtor's Chapter 13 Plan. In the event Trustee does not make a distribution in full to the Internal Revenue Service by that respective date, the Debtor will be responsible to pay the interest charges on the Secured portion of the Claim that will accrue after May 15, 2020 directly to the Internal Revenue Service outside of the Plan. Priority and Unsecured portions will be paid as per the amounts set forth in Claim 8-3 and will be paid inside Debtor's Chapter 13 Plan.

2. The Chapter 13 Trustee shall adjust the amount to be distributed to the Internal Revenue Service to reflect the terms of this Order.

3. The Internal Revenue Service shall release its federal tax liens, more specifically

(Page 3)
Debtor: Michael S. Stanton
Case No: 18-21821-CMG
Caption of Order: Order Resolving Internal Revenue Service's Objection to Confirmation of Plan

detailed in its Proof of Claim upon its receipt of full payment of the claim through the Chapter 13 plan and any interest that has accrued after May 15, 2020 which shall be paid directly by debtor outside of the Chapter 13 Plan, if applicable.

| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
|---|---|
| Lee M. Perlman, Esq.<br>Attorney for Debtor | Eamonn O'Hagan, Esq.<br>U.S. Attorney's Office<br>District of New Jersey |
| BY: _____<br>Lee M. Perlman, Esq.<br>Law Offices of Lee M. Perlman<br>4/8/25 | BY: _____<br>Digitally signed by EAMONN O'HAGAN<br>Date: 2020.04.08 09:04:49 -04'00'<br>Eamonn O'Hagan, Esq.<br>Senior Bankruptcy Counsel |

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 18-21821-CMG
Michael S. Stanton                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 09, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
db             +Michael S. Stanton,    1006 Bayley Court,    Bridgewater, NJ 08807-3546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR
               TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST 2006-8, MORTGAGE PASS-THROUGH
               CERTIFICATES, SERIES 2006-8 cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, as
               Successor Trustee Et Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Krystin Miranda Kane    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, AS
               SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST 2006-8, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-8 kralex@logs.com
              Lee Martin Perlman    on behalf of Debtor Michael S. Stanton ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8